JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARCIDUENAS,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A,; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:15-CV-07089-AB-PJW<br><br>**JUDGMENT OF DISMISSAL OF ACTION**<br><br>[Assigned to the Honorable ANDRÉ BIROTTE JR. United States District Court Judge] |

On October 23, 2015, the Court entered an Order [Doc. No. 10] on defendant Wells Fargo Bank's Motion to Dismiss Complaint under Rule 12 [Doc. No. 7], ordering that the action be dismissed with prejudice. Thus,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

    1.    The Complaint is dismissed with prejudice;

    2.    Judgment is entered in favor of defendant Wells Fargo Bank, N.A., and against plaintiff David Garciduenas; and,

/ / /

1    3.    Plaintiff David Garciduenas shall take and recover nothing in this
2  action from defendant Wells Fargo Bank, N.A.

Dated:  November 18, 2015

_____
Honorable ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE